

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-425-CR

EX PARTE

ANTHONY SCOTT

------------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On the court's own motion, we reconsider Appellant's motion to dismiss his appeal.  Because Appellant has voluntarily waived extradition and has now been extradited to New Jersey, making his appeal moot,[2] the court is of the opinion that his motion should be granted.

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See Ex parte Stowell*, 940 S.W.2d 241, 243 (Tex. App.—San Antonio 1997, no pet.); *Ex parte Kirkpatrick*, No. 05-05-00595-CR, 2005 WL 1163981, at *1 (Tex. App.—Dallas, no pet.) (mem. op., not designated for publication); *Ex parte Tyer*, No. 2-02-227-CR (Tex. App.—Fort Worth 2002, no pet.) (mem. op., not designated for publication).

Accordingly, we withdraw that portion of our March 18, 2009 order denying Appellant's motion to dismiss, grant Appellant's motion to dismiss, and dismiss this appeal as moot.[3]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 4, 2009

---

[3] *See* Tex. R. App. P. 43.2(f).